```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                    DALLAS DIVISION
```

SUSAN CHANG, as Next Friend of   §
ALISON CHANG, a Minor, et al.,   §
                                 §
            Plaintiffs,          §
                                 § Civil Action No. 3:07-CV-1767-D
VS.                              §
                                 §
VIRGIN MOBILE USA, LLC, et al.,  §
                                 §
            Defendants.          §

### JUDGMENT

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that this action is dismissed without prejudice.

Taxable costs of court, as calculated by the clerk of court, are assessed against plaintiffs.

Done at Dallas, Texas January 16, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE