National Court Reporters
16600 Sprague Road, #35
Cleveland, Ohio 44130-6318
440-826-4000 Fax 440-826-9800

**RECEIVED**
MAY 2 8 2008

BAKER & McKENZIE LLP

# Invoice

Date: 5/9/2008
Invoice #: 6758

**Bill To:**
Myall S. Hawkins, Esq.
Baker & McKenzie, LLP
711 Louisiana
Houston, TX 77056

**In Re:** Chang -vs- Virgin Mobile

**Case No.:** 07-CV-01767
**Job Date:** 4/23/2008

All Major Credit Cards Accepted

Tax I.D. 20-2169149

| Job Date | Reporter | Service | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/23/2008 | D. Cain, G. Milne | Internatio... | International Transcript Copy Rate | 243 | 9.95 | 2,417.85 |
| | | Exhibit | Exhibits | 11 | 1.49 | 16.39 |
| | | DVD Copy | DVD Copy | 2 | 295.00 | 590.00 |
| | | Internatio... | International Administrative Fee | | 195.00 | 195.00 |
| | | ASCII or... | ASCII or Condensed | | 19.50 | 19.50 |
| | | Shipping... | Shipping and Handling | | 37.50 | 37.50 |
| | | | | | | 3,276.24 |

PARTNER NAME: Meyerhoff, Lisa
CLIENT #: 8521890
MATTER #: 1
OK TO PAY: [signature] Jim Meyerhoff
Code 065

NATIONAL COURT REPORTERS, INC. VALUES YOUR BUSINESS. WE KNOW THAT
YOU HAVE CHOICES AND WE APPRECIATE YOUR FIRM CHOOSING OUR FIRM.

All Invoices over 30 days are subject to collection fees, including, but not limited to: A monthly administrative fee of $50 and maximum interest allowable by law.

| Phone # | Fax # |
|---|---|
| 440-826-4000 | 440-826-9800 |

Total: $3,276.24
Payments/Credits: $0.00
Balance Due: $3,276.24

Conference Detail
Page 1

**Invoice Number:** 03-36279
**Invoice Date:** 2008/05/06
**Type of Call:** Video
**Account Number:** BMC13

**Date of Call:** 2008/04/22
**Time of Call:** 18:00
**Participants:** 2
**Conference Ref#:** 00-00110

NANCY RADER
BAKER & MCKENZIE - HOUSTON (V)
711 LOUISIANA, SUITE 3400
HOUSTON TX 77002

**Customer Ref.#:** Houston & Australia
**Conference Title:** BAKER&MCKENZIE 4/22/08 6:00PM

| Participant Name/ID | Phone Number | Service Type | | Minutes/ Units | | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Houston, TX | 17133071555 | DO | 6 | 267 | Min | 1.70 | 453.90 |
| Sydney Australia | 011612922292 | DO | 6 | 243 | Min | 3.20 | 777.60 |
| Full Conf Management | $120/hr | FCM | | 18 | | 30.00 | 540.00 |
| Full Conf Monitoring | | FCM | | 18 | | 30.00 | 540.00 |
| 6 Lines Dial Out | | DO | | 267 | | 1.70 | 453.90 |
| 6 Lines Dial Out | | DO | | 243 | | 3.20 | 777.60 |

|  |  |  |  |
|---|---|---|---|
| 10.00 % of | 408.00 | Sub-Total | 1,771.50 |
|  |  | Bridge Discount | 40.80CR |
| *Payable in 30 Days* |  | Total $ | 1,730.70 |

*To Insure Proper Credit, Please Reference Invoice #*  03-36279 On Remittance