SIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUSAN CHANG, AS NEXT FRIEND OF ALISON CHANG, A MINOR, AND JUSTIN HO-WEE WONG, | § § § § | |
| PLAINTIFFS | § § | CA No.  3:07-cv-1767 |
| VS. | § § | |
| VIRGIN MOBILE PTY LTD., | § § | |
| DEFENDANT. | § § § § § | |

## PLAINTIFFS' OBJECTION TO DEFENDANT'S BILL OF COSTS

Plaintiffs file this motion objecting to the bill of costs Defendants submitted to the Clerk on January 28, 2008.

Taxation of costs is governed by 28 U.S.C. §1920.  Section 2—the only section relevant here—allows a prevailing party to recover "[f]ees for **printed** or **electronically recorded** transcripts necessarily obtained for use in the case."[1]  As the Fifth Circuit recognized in *Migis v. Pearle Vision, Inc.*, "[t]here is no provision for videotapes of depositions."[2]  Not only is there no statutory basis for awarding Defendant any costs associated with recording the deposition, but they also are unable to demonstrate that a videotape, in addition to the transcript, was "necessarily obtained for use in the case."  The only reason the proceeding was videotaped in the first place is that Defendant's corporate representatives were unable to fly to Houston—even at Plaintiffs' expense.

---

[1] 28 U.S.C. §1920 (2).

[2] 135 F.3d 1041, 1049 (5th Cir. 1998) (emphasis added).

Defendant, therefore, is only entitled to the costs it incurred in obtaining a copy of the written transcript from National Court Reporters, which as evidenced by the invoice, is $2,417.85.

Respectfully submitted,

/s/ Ryan H. Zehl_____
Ryan H. Zehl
State Bar No. 24047166
Fitts Zehl, LLP
5065 Westheimer Rd., Suite 700
Houston, Texas 77056
(713) 491-6064 (telephone)
(713) 583-1492 (facsimile)
rzehl@fittszehl.com

Mark W. Romney
State Bar No. 17225750
Shannon, Gracey, Ratliff
& Miller, LLP
500 N. Akard Street, Suite 2500
Dallas, Texas 75201
(214) 245-3062 (telephone)
(214) 245-3097 (facsimile)
mromney@shannongracey.com

**ATTORNEYS FOR PLAINTIFFS**

Plaintiffs' Unopposed Motion to Reset Rule 26(f) Conference

## CERTIFICATE OF SERVICE

I hereby certify that on the 28 day of January 2009, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system.  The system sent a "Notice of Electronic Filing" to the following attorneys of record, all of whom have consented to accept this Notice as service of the document:

Lisa H. Meyerhoff
Baker & McKenzie LLP
2001 Ross Ave.
Dallas, Texas 75201

/s/ Ryan H. Zehl_____
Ryan H. Zehl

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), I certify that on February 01, 2008, I had a telephone conversation with Defendant's counsel Myall S. Hawkins who stated that Defendant was unopposed to this Motion.

/s/ Ryan H. Zehl_____
Ryan H. Zehl

Plaintiffs' Unopposed Motion to Reset Rule 26(f) Conference