IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUSAN CHANG, AS NEXT FRIEND OF ALISON CHANG, A MINOR, AND JUSTIN HO-WEE WONG, | § § § § | |
| PLAINTIFFS | § § | CA No. 3:07-cv-1767 |
| VS. | § § | |
| VIRGIN MOBILE PTY LTD., | § § | |
| DEFENDANT. | § § § § § | |

**PLAINTIFFS' MOTION TO WITHDRAW**
**OBJECTION TO DEFENDANT'S BILL OF COSTS**

Plaintiffs file this motion respectfully requesting that the Court withdraw its motion objecting to Defendant's bill of costs, which was submitted to the Clerk on January 28, 2008.

Respectfully submitted,

/s/ Ryan H. Zehl_____
Ryan H. Zehl
State Bar No. 24047166
Fitts Zehl, LLP
5065 Westheimer Rd., Suite 700
Houston, Texas 77056
(713) 491-6064 (telephone)
(713) 583-1492 (facsimile)
rzehl@fittszehl.com

Mark W. Romney
State Bar No. 17225750
Shannon, Gracey, Ratliff
& Miller, LLP
500 N. Akard Street, Suite 2500
Dallas, Texas 75201
(214) 245-3062 (telephone)
(214) 245-3097 (facsimile)
mromney@shannongracey.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14 day of April 2009, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. The system sent a "Notice of Electronic Filing" to the following attorneys of record, all of whom have consented to accept this Notice as service of the document:

Lisa H. Meyerhoff  
Baker & McKenzie LLP  
2001 Ross Ave.  
Dallas, Texas 75201

                                              /s/ Ryan H. Zehl_____  
                                              Ryan H. Zehl

Plaintiffs' Unopposed Motion to Reset Rule 26(f) Conference