IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SUSAN CHANG, As Next Friend of A.C., a Minor, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| VIRGIN MOBILE USA, LLC, et al., | ) ) ) |
| Defendants. | ) |

Civil Action No. 3:07-CV-1767-D

## Order

The District Court referred Plaintiffs' January 29, 2009 Objection to Defendant's Bill of Costs and related motions to the United States Magistrate Judge for determination. On April 15, 2009, Plaintiffs filed a Motion to Withdraw Objection to Defendant's Bill of Costs.

After due consideration, Plaintiffs' April 15, 2009 Motion to Withdraw Objection to Defendant's Bill of Costs is **GRANTED**. Plaintiffs' January 29, 2009 Objection is **DENIED AS MOOT**.

**SO ORDERED**, April 28, 2009.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE